IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSE M. CANDELARIO,

    Petitioner,

vs.

JOSE VASQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV206-093

## ORDER

Petitioner has filed a "Motion for a Status Update of Habeas Petition." Said motion is **granted**. Petitioner's habeas petition is pending and will be considered in the normal course of business of the Court.

**SO ORDERED**, this 24th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)