IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 23  A 11: 27

JOSE MANUEL CANDELARIO

vs.

WARDEN JOSE VASQUEZ,
FCI Jesup

CV206-93
Appeal No. 06-16390-I

## ORDER

Pursuant to 11th Cir.R.42-1b, this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 20th day of March, 2007.

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this ___23___ day of March 2007.

Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia